JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| DENNIS COOPER,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>CIRCLE T TOBACCO INC.;<br>RHW PHARMICON, INC.; and DOES 1-10, inclusive,<br><br>　　　　　　　　　　Defendants. | Case No.<br>5:23-cv-01880 JGB (DTBx)<br><br><br>**JUDGMENT** |

　　Pursuant to the Court's Order entered substantially contemporaneously, and after considering the papers filed in support of the Motion for Default Judgment filed by Plaintiff, and good cause appearing, **IT IS HEREBY ORDERED**:

1. Plaintiff's Motion for Default Judgment is **GRANTED**;

2. Final judgment be **ENTERED** in favor of Plaintiff against Defendants Circle T Tobacco Inc. and RHW Pharmicon, Inc. on Plaintiff's Americans with Disabilities Act (ADA) claim;

3. Plaintiff is **AWARDED** $3,172, consisting of $2,505 in attorney's fees and $667 in costs.  Circle T Tobacco Inc. and RHW Pharmicon, Inc. are jointly and severally liable fro the amount awarded;

4. Defendant is **ENJOINED** to ensure that accessibility barriers at the Business located at 9533 Foothill Blvd., Rancho Cucamonga, California are removed and/or corrected; and

5. Plaintiff is **ORDERED** to mail a copy of this Order and Judgment to Defendants Circle T Tobacco Inc. and RHW Pharmicon, Inc. Plaintiff shall file a proof of service with the Court within ten days of the date of this Order.

**IT IS SO ORDERED.**

Dated:  March 29, 2024

THE HONORABLE JESUS G. BERNAL
United States District Judge